**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**PIKEVILLE**

**UNITED STATES OF AMERICA**

vs.                                Criminal No. 7-25-CR-0029-DLB

**HENRY J. RITSCHER**

### MOTION FOR DETENTION HEARING

Comes now the defendant, by and through the undersigned counsel and respectfully moves for an order of this court to schedule a detention hearing in this matter.

The undersigned counsel states that the defendant was not previously eligible for release and as of the filing of this Motion, his Johnson County District Court Case # 25-F-120 was dismissed without prejudice on 11/14/2025.

WHEREFORE, we would respectfully move for the same.

Respectfully submitted this 19th day of November, 2025.

                                       HENRY J. RITSCHER
                                       By Counsel

                                       Very truly yours,

                                       JOY LAW OFFICE

                                       __/s/ Sebastian M. Joy_____
                                       Hon. Sebastian M. Joy
                                       Counsel for Defendant
                                       Kentucky Bar # 92583
                                       West Virginia Bar # 10945
                                       E-mail: sjoy@joylawoffice.com
                                       Admitted in Kentucky & West Virginia

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

**UNITED STATES OF AMERICA**

vs.                           Criminal No. 7-25-CR-0029-DLB

**HENRY J. RITSCHER**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **MOTION FOR DETENTION HEARING** has been electronically filed with the Clerk of Court this date using the CM/ECF system and served upon opposing counsel as follows:

**VIA CM/ECF:**    JUSTIN BLANKENSHIP, AUSA
601 Meyers Baker Road, 2nd Floor
London, Kentucky 40741

**DATE:**    November 19, 2025

Very truly yours,

JOY LAW OFFICE
2701 Louisa Street
P.O. Box 411
Catlettsburg, KY 41129
Telephone: (606) 739-4569
Facsimile: (606) 739-0338
Cell: (859) 488-1214

__s/ Sebastian M. Joy_____
Hon. Sebastian M. Joy
Counsel for Defendant
Kentucky Bar # 92583
West Virginia Bar # 10945
E-mail: sjoy@joylawoffice.com
Admitted in Kentucky & West Virginia